| **Fill in this information to identify the case:** | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF MICHIGAN | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BDD Restaurant Company, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-2116581 |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 3058 1st Street <br> Wyandotte, MI 48192 <br> Number, Street, City, State & ZIP Code <br><br> Wayne <br> County | **Mailing address, if different from principal place of business** <br><br> 8558 Concord Rd <br> Wyandotte, MI 48138 <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 3058 1st St. Wyandotte, MI 48192 <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.thevaultonfirst.com |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor  BDD Restaurant Company, LLC                                    Case number (*if known*) _____
        Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☒ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____   Relationship _____
    District _____   When _____   Case number, if known _____

| Debtor | BDD Restaurant Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

| Debtor | BDD Restaurant Company, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 26, 2026
             MM / DD / YYYY

**X** /s/   Christ Doulos                             Christ Doulos
Signature of authorized representative of debtor      Printed name

Title   Managing Partner

**18. Signature of attorney**

**X** /s/ Charles D Bullock                           Date   January 26, 2026
Signature of attorney for debtor                             MM / DD / YYYY

Charles D Bullock P55550
Printed name

Stevenson & Bullock, PLC
Firm name

26100 American Drive, Suite 500
Southfield, MI 48034
Number, Street, City, State & ZIP Code

Contact phone   (248) 354-7906        Email address   cbullock@sbplclaw.com

P55550 MI
Bar number and State

# RESOLUTION OF BDD RESTAURANT COMPANY, LLC

**BDD Restaurant Company, LLC,** a Michigan limited liability company (the "Company"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the members and officers of the Company on January 20, 2026 in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the members and officers, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); and

RESOLVED, that Christ Doulos is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("Bankruptcy Case"); provided that upon confirmation of a plan of reorganization in the Bankruptcy Case, corporate authority will remain as set forth in the applicable Company organizational records; and

RESOLVED that Christ Doulos is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Christ Doulos be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be

necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the United States Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Elliot G. Crowder and the law firm of Stevenson & Bullock, P.L.C. be and it hereby are, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of January 2026.

APPROVED:

**BDD Restaurant Company, LLC**

By: _____
Christ Doulos
Its: Member


By: *Carole Bell-Doulous*     20/01/2026
Carole Bell-Doulous
Its: Member


By: _____     30/01/2026
Suzette Balaskas
Its: Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BDD Restaurant Company, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2026       X /s/ Christ Doulos
                                   Signature of individual signing on behalf of debtor

                                   Christ Doulos
                                   Printed name

                                   Managing Partner
                                   Position or relationship to debtor

---

Official Form 202       **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## Eastern District of Michigan

In re: BDD Restaurant Company, LLC, Debtor(s)

Case No.  
Chapter: 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Carole Bell-Doulos<br>8558 Concord Rd<br>Grosse Ile, MI 48138 | Equity | 25% | Membership |
| Christ Doulos<br>8558 Concord Rd<br>Grosse Ile, MI 48138 | Equity | 25% | Membership |
| Suzette Balaskas<br>11124 Heathrow Ave<br>Spring Hill, FL 34609 | Equity | 50% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 26, 2026

Signature: /s/ Christ Doulos  
Christ Doulos

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re  BDD Restaurant Company, LLC                         Case No.
                                    Debtor(s)              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Partner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  January 26, 2026                      /s/ Christ Doulos
                                             Christ Doulos/Managing Partner
                                             Signer/Title

100 Maple LLC
97 Oak
Suite 101
Wyandotte, MI 48192


A-1 Sunshine Window Cleaning
621 Pine Street
Wyandotte, MI 48192


American Express
200 Vesey Street
New York, NY 10285


American Express
P.O. Bow 981535
El Paso, TX 79998


Avanza Capital Holding, LLC
40 Wall Street
Suite 2905
New York, NY 10005


Best Restaurant Equip
8700 Capital St
Oak Park, MI 48237


Clean Squad LLC
960 Biddle
Wyandotte, MI 48192


Community Publishing
26955 Northline Rd
Taylor, MI 48180


Continental Linen Servicer
4200 Manchester road
Kalamazoo, MI 49001


Corporate Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Downriver Office
4051 Fort St.
Wyandotte, MI 48192


Fairway Packing
18300 15 Mile Rd
Fraser, MI 48026


Forward Financing
53 State Street
20 Floor
Boston, MA 02109

Grosse Lawn & Sprinkler
8700 Capital St
Oak Park, MI 48237


Highland Hill Capital LLC
1100 Park Central Blvd S
Suite 1200
Pompano Beach, FL 33064


Internal Revenue Service
Centralized Insolvency Operation
POB 7346
Philadelphia, PA 19101-7346


Jacob Z. Weinstein, Esq.
420 Central Avenue, Ste 301
Cedarhurst, NY 11516


Jocks & Associates PC
3630 West Rd
Trenton, MI 48183


Lendero, LLC
1116 Main St.
Suite A
Jacksonville, FL 32257


Leonard's Syrups
4601 Nancy
Hamtramck, MI 48212


Mama Mucci's Pasta
7676 Ronda Dr.
Canton, MI 48187


Miceli & Oldfield Inc
12250 Delta St
Taylor, MI 48180


Michigan Bread Company
26986 Trolley Industrial Dr.
Taylor, MI 48180


Michigan Clear Ice
45 E Munger Rd
Munger, MI 48747


Michigan Department of Treasury
Collection/Bankruptcy Unit
POB 30168
Lansing, MI 48909


Motor City Micro Farm
10090 W Chicago
Detroit, MI 48204

Motor City Seafood
14100 Oakland Ave
Highland Park, MI 48203


MRLA
225 W Washtenaw St
Lansing, MI 48933


On Deck
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009


Relay Bank
590 Madison Ave.
New York, NY 10022


Supreme Food Service
15210 Nelson Ave.
La Puente, CA 91744


Sysco
1390 Enclave Parkway
Houston, TX 77077


Velocity Capital Advisors
65 E 55th St.
Suite 2100A
New York, NY 10022


Viking Funding II LLC
1 E Broward Blvd
925
Fort Lauderdale, FL 33301


WebBank
215 South State Street
Suite 1000
Salt Lake City, UT 84111


Weyands Fisheries
600 Biddle Ave
Wyandotte, MI 48192


Wyandotte Alarm
1409 Oak St
Wyandotte, MI 48192


Wyandotte City Treasurer
3200 Biddle Ave
Wyandotte, MI 48192