Fill in this information to identify the case:

Debtor name: BDD Restaurant Company, LLC
United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express 200 Vesey Street New York, NY 10285 | tsc@americanexpress.com | Business Debt | | | | $24,000.00 |
| Avanza Capital Holding, LLC 40 Wall Street Suite 2905 New York, NY 10005 | franks@avanzacapitalllc.com | Business Debt | Contingent Unliquidated Disputed | $40,000.00 | $0.00 | $40,000.00 |
| Clean Squad LLC 960 Biddle Wyandotte, MI 48192 | info@clean-squad.com | Services | | | | $2,100.00 |
| Continental Linen Servicer 4200 Manchester road Kalamazoo, MI 49001 | AR@clsimag.com | Vendor | | | | $4,632.81 |
| Downriver Office 4051 Fort St. Wyandotte, MI 48192 | printmanusa77@gmail.com | Vendor | | | | $1,290.00 |
| Fairway Packing 18300 15 Mile Rd Fraser, MI 48026 | pete@fairwaypacking.com | Vendor | | | | $90,304.84 |
| Forward Financing 53 State Street 20 Floor Boston, MA 02109 | ecollado@forwardfinancing.com | Business Debt | Contingent Unliquidated Disputed | | | $44,000.00 |
| Highland Hill Capital LLC 1100 Park Central Blvd S Suite 1200 Pompano Beach, FL 33064 | collections@omegarecover.com | Business Debt | Contingent Unliquidated Disputed | | | $102,437.78 |
| Jocks & Associates PC 3630 West Rd Trenton, MI 48183 | pjocks@jandacpa.biz | Services | | | | $5,500.00 |

| Debtor | BDD Restaurant Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lendero, LLC 1116 Main St. Suite A Jacksonville, FL 32257 | clacroix@flatrockcp.com | Business Debt | Contingent Unliquidated Disputed | $45,000.00 | $0.00 | $45,000.00 |
| Mama Mucci's Pasta 7676 Ronda Dr. Canton, MI 48187 | info@mamamuccispasta.com | Vendor | | | | $3,962.00 |
| Miceli & Oldfield Inc 12250 Delta St Taylor, MI 48180 | jlmiceli@micelioldfield.com | Vendor | | | | $7,133.20 |
| Motor City Seafood 14100 Oakland Ave Highland Park, MI 48203 | bsiviter@motorcity-seafood.com | Vendor | | | | $9,333.20 |
| On Deck 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT 84009 | customerservice@ondeck.com | Business Debt | Contingent Unliquidated Disputed | | | $50,000.00 |
| Relay Bank 590 Madison Ave. New York, NY 10022 | support@relayfi.com | Business Debt | Contingent Unliquidated Disputed | | | $15,000.00 |
| Supreme Food Service 15210 Nelson Ave. La Puente, CA 91744 | supremeproduce@yahoo.com | Vendor | | | | $9,020.00 |
| Sysco 1390 Enclave Parkway Houston, TX 77077 | prakriti.srivastava@sysco.com | Vendor | | | | $3,769.93 |
| Velocity Capital Advisors 65 E 55th St. Suite 2100A New York, NY 10022 | collections@velocitycg.com | | Contingent Unliquidated Disputed | | | $15,000.00 |
| Viking Funding II LLC 1 E Broward Blvd #925 Fort Lauderdale, FL 33301 | jake@vikingfunding.com | Business Debt | Contingent Unliquidated Disputed | $21,000.00 | $0.00 | $21,000.00 |
| Weyands Fisheries 600 Biddle Ave Wyandotte, MI 48192 | david@weyandfish.com | Vendor | | | | $9,273.94 |